# Third District Court of Appeal
## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1467
Lower Tribunal No. F23-20103
_____

**Drakar Lamar Smith,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Carlos J. Martinez, Public Defender, and Maria Lauredo, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.